JOSEPH VENDITTI, an Infant, by JOHN VENDITTI, His Guardian ad Litem, et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Supreme Court, Appellate Term, First Department, December 5, 1946.

272

*Henry L. Nowvé, Raymond L. Nowvé* and *M. F. Finkelstein* for appellants.

*John J. Bennett, Corporation Counsel (Joseph Streble, Jr.,* of counsel), for respondent.

*Per Curiam.* The denial of the plaintiffs' motion to amend was error. The notice served by the plaintiffs contained a sufficient notice of intention to sue.

The judgment should be reversed, with costs, motion to amend complaint granted, and verdict reinstated.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Judgment reversed, etc.